IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 SEP 19 P 4:42

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) MISC NO. 3265 ) |
| D&L ENTERPRISES, INC., MONTGOMERY, AL, | ) ) ) |
| Garnishee, | ) ) |
| JAMES BROUGHTON RITTENOUR, | ) ) |
| Defendant. | ) |

## APPLICATION FOR WRIT OF GARNISHMENT

The United States of America makes application in accordance with 28 U.S.C. Section 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the Judgment in Criminal Case No. 95-195-N entered against the defendant, James Broughton Rittenour; the last four digits of defendant's Social Security Number are XXX-XX-2627; whose last known address is 908 Parkwood Drive, Montgomery, Alabama 36109, in the above cited action in the amount of $32,061.52, plus costs and penalties. There is a balance due of $28,035.27, as of September 19, 2005.

Demand for payment of the above-stated debt was made upon the debtor not less than 30 days from September 19, 2005, but defendant

has failed to satisfy this debt.

The Garnishee is believed to owe or will owe money to the judgment debtor, or is in possession of property of the debtor, in which the debtor has a substantial non-exempt interest.

The name and address of the Garnishee or his authorized agent is:

D&L Enterprises, Inc.
610 Booth Road
Montgomery, AL 36108

DATED: September 19, 2005

                    LEURA G. CANARY
                    UNITED STATES ATTORNEY

BY: /s/ R. Randolph Neeley

R. RANDOLPH NEELEY
ASSISTANT UNITED STATES ATTORNEY
Bar No. 9083-E56R

Post Office Box 197
Montgomery, AL 36101
Phone: (334) 223-7280
  FAX: (334) 223-7201