**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                     TELEPHONE (334) 954-3600

September 21, 2005

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: USA    vs.  Rittenour**
**Garnishee -  D&L Enterprises, Inc., Montgomery, AL**

**Case  No.   Misc No. 3265**

**Referenced Docket Entry -   Application for Writ of Garnishment - Doc. No. 1**

**This Notice of Correction was  filed in the referenced case on this date to  correct the  PDF document..  Please see the correct PDF document to this notice.**